Commonwealth *v.* Cintron, Appellant.

Submitted March 22, 1973. *Theodore S. Danforth,* for appellant; *D. Richard Eckman,* Assist-

710

ant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.